# U.S. District Court [LIVE AREA]
# Middle District of Georgia (Macon)
# CIVIL DOCKET FOR CASE #: 5:21−cv−00220−TES

| | |
|---|---|
| WENTWORTH v. DOLLAR GENERAL CORPORATION | Date Filed: 06/29/2021 |
| Assigned to: US DISTRICT JUDGE TILMAN E SELF, III | Date Terminated: 07/14/2021 |
| Cause: 42:2000e Job Discrimination (Employment) | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**PATRICIA WENTWORTH**      represented by    **JIM GARRITY**
203 N GADSDEN ST
TALLAHASSEE, FL 32301
850−383−4800
Fax: 850−383−4801
Email: jim@jimgarritylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DOLLAR GENERAL CORPORATION**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2021 | 1 | ***COMPLAINT*** against DOLLAR GENERAL CORPORATION Fee paid: Receipt # BGAMDC−3832547, $402 filed by PATRICIA WENTWORTH (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(GARRITY, JIM) (Entered: 06/30/2021) |
| 06/30/2021 | | Notice of Deficiency (related document(s): 1 Complaint filed by PATRICIA WENTWORTH ); The PACER login ID and password used to electronically file a document constitutes the Participants electronic signature for all purposes under the Federal Rules. All electronically filed documents must include a signature block and must set forth the filers name, address, telephone number and e−mail address. The name on the document and the name associated with the participants login ID must be the same. Document must be re−filed using the user credentials of the name of the attorney in the signature block. NO NEED TO REFILE. (vs) (Entered: 06/30/2021) |
| 06/30/2021 | | NOTICE TO COUNSEL – MARIE E. MATTOX – Counsel is notified that they do not show in the court records that they meet the required attorney admissions policies of this court. If within 14 days of this notice all requirements, including the payment of Pro Hac Vice or admissions fees, have not been met, a show cause hearing will be scheduled. **PLEASE BE ADVISED you will not receive electronic notification of electronic filings until you comply with the admissions requirements**.(vs) (Entered: 06/30/2021) |
| 06/30/2021 | 2 | Summons Issued as to DOLLAR GENERAL CORPORATION. (vs) (Entered: 06/30/2021) |
| 07/07/2021 | 3 | MOTION to Withdraw as Attorney, MOTION to Substitute Attorney by PATRICIA WENTWORTH filed by JIM GARRITY.(GARRITY, JIM) (Entered: 07/07/2021) |

| 07/07/2021 | 4 | This is a text only entry; no document issued. ***ORDER*** denying as moot 3 Motion to Withdraw as Attorney ; denying as moot 3 Motion to Substitute Attorney. Apparently, the Clerk's office never made an entry of appearance for Ms. Mattox as she is not authorized to practice in this court. Given the Plaintiff's explanation, the Court will instruct the Clerk's office to take no further action to have her admitted and simply leave Mr. Garrity as the sole attorney for Plaintiff. Ordered by US DISTRICT JUDGE TILMAN E SELF, III on 7/7/2021 (TES) (Entered: 07/07/2021) |
| --- | --- | --- |
| 07/13/2021 | 5 | MOTION to Transfer Case by PATRICIA WENTWORTH filed by JIM GARRITY.(GARRITY, JIM) (Entered: 07/13/2021) |
| 07/14/2021 | 6 | This is a text only entry; no document issued. ***ORDER*** granting 5 Motion to Transfer Case to the Southern District of Georgia, Statesboro Division. Ordered by US DISTRICT JUDGE TILMAN E SELF, III on 7/14/2021 (TES) (Entered: 07/14/2021) |
| 07/14/2021 | | Case Electronically Transferred Out – District Transfer to Southern District of Georgia. All documents, including a certified copy of the docket sheet and pleading were transferred electronically. **The Notice of Electronic Filing serves as certification for these transferred documents.**Case Transfer Acknowledgment deadline 7/28/2021. (vs) (Entered: 07/14/2021) |