IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| PATRICIA WENTWORTH, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:21-cv-00052-RSB-CLR |
| DOLLAR GENERAL CORPORATION, | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Defendant's Unopposed Motion to Stay Proceedings Pending Arbitration. For good cause shown, the unopposed motion is hereby **GRANTED**, doc. 10, and this case, including the deadline for Defendant to answer, move, plead, defend or otherwise respond to the Complaint, is **STAYED** until July 30, 2022.  No later than August 1, 2022, the parties are **DIRECTED** to file either a stipulation of dismissal or a joint status report indicating the status of proceedings before the American Arbitration Association.  If the arbitration proceedings conclude before August 1, 2022, the parties are **DIRECTED** to file either a stipulation of dismissal or joint status report notifying the Court of the termination of those proceedings within fourteen days of their termination.  Any joint status report filed pursuant to this Order, should include a proposed deadline for defendant to file its answer or other responsive pleading.

**SO ORDERED,** this 2nd day of August, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA