IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| PATRICIA WENTWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 621-052 |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On August 2, 2021, United States Magistrate Judge Christopher L. Ray stayed this case, including the deadline for Defendant to answer, move, plead, defend or otherwise respond to the complaint, until July 30, 2022. (Doc. no. 11.) The parties were directed to file a status report no later than August 1, 2022, and to include a proposed deadline for Defendant to file its answer or other responsive pleading. (Id.) On August 1st, the parties filed a status report explaining the arbitration is not scheduled to occur until April 25, 2023, and they request an answer deadline of July 31, 2023, if the arbitration is not complete prior to that date. (Doc. no. 14.)

Given that the length of time proposed for conducting the arbitration and filing an answer is approximately two years after commencement of the case, the Court finds that administratively closing the case may be the best course of action. Administratively closing the case would not prejudice the rights of parties but would serve to control the Court's docket. See Jenkins v. Davis, CV 118-140, doc. no. 171 (S.D. Ga. Mar. 10, 2022) (Hall, C.J.) (closing case for administrative purposes and explaining rights of parties would not be

prejudiced). Therefore, the Court directs each party to file a position statement on the record regarding administrative closure by no later than Friday, August 12, 2022. Upon consideration of those statements, the Court will set deadlines and/or administratively close the case, as necessary. Failure to file a statement by August 12th, will be considered by the Court as agreement to administrative closure.

  SO ORDERED this 3rd day of August, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
