IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| PATRICIA WENTWORTH, | * | |
| Plaintiff, | * | |
| v. | * | CV 621-052 |
| DOLLAR GENERAL CORPORATION, | * | |
| Defendant. | * | |

O R D E R

Before the Court is the Parties' stipulation for dismissal. (Doc. 21.) Both Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this case shall be **DISMISSED WITH PREJUDICE**. Each Party shall bear its own costs and fees. The case remains **CLOSED**.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of August, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA